FILED
OCT - 1 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:26 CR 00445 |
| | ) | Title 18, United States Code, |
| JUSTIN INNES, | ) | Sections 922(g)(1) and 924(a)(8); |
| | ) | Title 21, United States Code, |
| Defendant. | ) | Section 841(a)(1), (b)(1)(C), |

JUDGE BRENNAN

COUNT 1
(Possession with Intent to Distribute Cocaine Base, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about September 10, 2026, in the Northern District of Ohio, Eastern Division, Defendant JUSTIN INNES did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about September 10, 2026, in the Northern District of Ohio, Eastern Division, Defendant JUSTIN INNES did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 3

(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

3. On or about September 10, 2026, in the Northern District of Ohio, Eastern Division, Defendant JUSTIN INNES, knowing he had been previously convicted of crimes punishable by a term of imprisonment exceeding one year, those being: Aggravated Robbery with Firearm Specification, Lorain County Court of Common Pleas, on or about July 1, 2011; Failure to Comply, Cuyahoga County Court of Common Pleas, on or about July 29, 2019; Trafficking in Heroin and Failure to Comply with Order or Signal of Police Officer, Summit County Court of Common Pleas, on or about March 21, 2018; Drug Trafficking, Cuyahoga County Court of Common Pleas, on or about October 25, 2023; Receiving Stolen Property, Lorain County Court of Common Pleas, on or about October 24, 2023; Receiving Stolen Property, on or about October 4, 2023, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock 43X firearm, bearing serial number CFFD439; said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 4

(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

4. On or about September 10, 2026, in the Northern District of Ohio, Eastern Division, Defendant JUSTIN INNES, knowing he had been previously convicted of crimes punishable by a term of imprisonment exceeding one year, those being: Aggravated Robbery with Firearm Specification, Lorain County Court of Common Pleas, on or about July 1, 2011; Failure to Comply, Cuyahoga County Court of Common Pleas, on or about July 29, 2019;

Trafficking in Heroin and Failure to Comply with Order or Signal of Police Officer, Summit County Court of Common Pleas, on or about March 21, 2018; Drug Trafficking, Cuyahoga County Court of Common Pleas, on or about October 25, 2023; Receiving Stolen Property, Lorain County Court of Common Pleas, on or about October 24, 2023; Receiving Stolen Property, on or about October 4, 2023, knowingly possessed in and affecting interstate commerce a firearm, to wit: a FN Five Seven firearm, bearing serial number 386419462; said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.